■ TIMOTHY WILLIAMS, Respondent, v THE RAYMOND CORPORATION et al., Appellants. [816 NYS2d 398]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (William P. Polito, J.), entered August 30, 2005 in a personal injury action. The order and judgment was entered, upon a jury verdict, in favor of plaintiff and against defendants.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.

■ HARVEY D. LANTZ et al., Respondents-Appellants, v JONATHAN C. PULS, SR., Also Known as JOHN J. PULS et al., Appellants-Respondents. [815 NYS2d 885]—Appeals and cross appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered August 5, 2005 in a personal injury action. The order, inter alia, denied defendants' motions for summary judgment dismissing the complaint in its entirety.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.